**4/1/2015**                                                    **COA No. 02-14-00401-CR**
**WESTBROOK, ROBERT WAYNE    Tr. Ct. No. 1375130D          PD-1525-14**
On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

ROBERT WAYNE WESTBROOK
NO. 0585741
TARRANT COUNTY JAIL
100 N. LAMAR
FORT WORTH, TX  76102

**4/1/2015**                                  **COA No. 02-14-00401-CR**
**WESTBROOK, ROBERT WAYNE**    **Tr. Ct. No. 1375130D**      **PD-1525-14**
On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

> 2ND COURT OF APPEALS CLERK
> DEBRA SPISAK
> 401 W. BELKNAP, STE 9000
> FORT WORTH, TX 76196
> * DELIVERED VIA E-MAIL *

**4/1/2015**                                             **COA No. 02-14-00401-CR**

**WESTBROOK, ROBERT WAYNE**     **Tr. Ct. No. 1375130D**        **PD-1525-14**

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

                                                     Abel Acosta, Clerk

                 DISTRICT ATTORNEY  TARRANT COUNTY
                 SHAREN WILSON
                 401 WEST BELKNAP
                 FORT WORTH, TX  76196
                 * DELIVERED VIA E-MAIL *